PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**



SOUTHERN DISTRICT OF MISSISSIPPI  
**FILED**  
APR 03 2018  
ARTHUR JOHNSTON  
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi

UNITED STATES OF AMERICA

v.

Louis R. Mickell, Jr.

Crim. No. 2:11CR19 KS-MTP-002

On ____09/30/2015____ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Amanda C. Pierce*

*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __3rd__ day of __April__, __2018__.

*United States District Judge*